# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY N.,[1]<br><br>    Plaintiff,<br><br>v.<br><br>LELAND DUDEK,[2]<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 8:24-cv-00287-MAA<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order Affirming Decision of the Commissioner filed herewith, IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

DATED:    02/19/2025

_____
HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the U.S. Judicial Conference.

[2] Leland Dudek became Acting Commissioner of Social Security on February 17, 2025.  Under Federal Rule of Civil Procedure 25 (d), he is automatically substituted for Martin J. O'Malley as Defendant in this suit.